IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs | )   Criminal No. 2:20-cr-00173 |
| | ) |
| DA'JON LENGYEL | ) |

## WAIVER OF DETENTION HEARING

I understand that I have the right to a detention hearing in connection with the federal charges that have been brought against me.

I hereby waive my right to a detention hearing at this time reserving the right to request a detention hearing at a later date.

_Da'Jon Lengyel_  s/JPF
SIGNATURE OF DEFENDANT

DATE:

_Martin Dietz_  s/JPF
COUNSEL FOR DEFENDANT


## ORDER OF DETENTION

AND NOW, this 31st day of August, 2020,

**IT IS HEREBY ORDERED** that the government's request for detention is **GRANTED** without prejudice. Defendant may request a hearing on the government's request for detention at any time, and one will be scheduled.

_Lisa Pupo Lenihan_
Lisa Pupo Lenihan
United States Magistrate Judge