IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-173 |
| DA'JON LENGYEL | |

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

       The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

       1.      Name of Detainee:  Da'Jon Lengyel, 190124, Year of Birth:  1997, black, male.

       2.      Detained by:  Allegheny County Jail

       3.      Detainee is charged in this district by Indictment, charging detainee with violating Title 18, United States Code, Sections 371, 844(f)(1) and 231(a)(3).

       4.      Detainee is presently confined in the Allegheny County Jail awaiting a disposition of state charges.

       5.      The above case is set for a virtual electronic Change of Plea Hearing at Pittsburgh, PA on June 1, 2021, at 10:00 a.m. before District Judge J. Nicholas Ranjan, and it shall therefore be necessary for detainee to be present for that Change of Plea Hearing at that time.

*/s/ Shaun E. Sweeney*
SHAUN E. SWEENEY
Assistant U.S. Attorney
PA ID No. 53568

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshals Service, are hereby ORDERED to produce the named detainee on the date and at the time recited above. Because the appearance before the Court will be a virtual electronic appearance, the United States Marshals Service will not take physical custody of the named detainee, and he will be returned to the custody of the above-named custodian immediately after the virtual electronic hearing.

_____
DATE

_____
HONORABLE J. NICHOLAS RANJAN
UNITED STATES DISTRICT JUDGE

cc:     United States Attorney