## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA　)
　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　)　　2:20-cr-173-1
　　　　　　　　　　　　　　)
DA'JON LENGYEL,　　　　　　)
　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　)

### CHANGE OF PLEA

AND NOW, on the record this 1st day of June, 2021, defendant in the above-captioned matter, Da'Jon Lengyel, withdraws his plea of not guilty and enters a plea of GUILTY to Counts 1 and 3 of the Indictment.

_____
Signature of Defendant Da'Jon Lengyel

_____
Signature of Attorney Martin Dietz