IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 20-173 |
| ) | |
| DA'JON LENGYEL ) | |

## GOVERNMENT'S POSITION WITH RESPECT TO
## SENTENCING FACTORS

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Shaun E. Sweeney, Assistant United States Attorney for said district, submitting as follows:

The government has no objections to or requests for modification of the Presentence Investigation Report. Prior to filing this pleading, government counsel notified the United States Probation Officer and defense counsel of the government's position with respect to the Presentence Investigation Report.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

*/s/ Shaun E. Sweeney*
SHAUN E. SWEENEY
Assistant United States Attorney
PA ID No. 53568