# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) 2:20-cr-173-1 |
| v. | ) |
| | ) |
| DA'JON LENGYEL, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**Hearing Type:** Sentencing

**Date:** 10/29/21

**Before:** Judge J. Nicholas Ranjan

| | |
|---|---|
| Counsel for Government | Shaun Sweeney |
| Counsel for Defendant | Martin Dietz |
| Court Reporter | N. Re |
| Law Clerk | SS |
| Start time | 10:09 |
| End time | 11:02 |

**SUMMARY OF PROCEEDINGS:**

Defendant present.

At Count 1, the defendant is sentenced to serve a term of imprisonment of 27 months, followed by a term of supervised release of 3 years. At Count 3, the defendant is sentenced to serve a term of imprisonment of 27 months, followed by a term of supervised release of 3 years. Count 3 shall be served concurrently with Count 1. Count 2 dismissed by the government. Restitution in the amount of $25,000 ordered. Mandatory $200 special assessment imposed. Fine waived for inability to pay.