Federal Clerk of courts
for the western District of
Pennsylvania

2:20-cr-173

Da'Jon Lengyel #04672-509

Hello,

I was told By my Case Manager here At FCI Hazelton, to Reach out to the clerk of courts Due to A miscalculation of my sentence.

During my Pretrail Detention I served A 13 month state sentence in the county Jail that was ran concurrent to my fed sentence. I had A U.S. Marshal hold since July of 2020. I was sentenced to 27 months M/ Judge Ranjon on 10/29/21, he stated in court, and on my sentencing transcripts that I would recieve credit for the time I spent on A federal detainer. I was told to Request that the clerk of courts send my sentencing transcripts And my Judgement of commitment to the BOP sentencing computation center In Grand Prairie texas, And that my situation be explained. A little over 12 months of my sentence was not credited to me.

Please help Rectify the situation as soon as possible. Thank you for your concern and help.

RECEIVED
APR - 4 2022
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

Da'Jon Lengyel

Dajon Lengyel
04672-509
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

Federal clerk of Courts Western District of PA
700 Grant Street
Pittsburgh, PA 15219


FOREVER / USA

CLEARED X-RAY SCREENING

1521981940 C084