Case Number: 2:20-cr-173-1
USM Number: 04672-504
Da'Jon Lengyel

04/02/2022

Dear your Honor,

I'm Reaching out to you due to A possible Discrepency in my Sentencing. I was told to reach out to you By the records department here At FCI Hazelton. When I Arrived here I was given my release date, Stating I'd Be Discharged 5/9/22. About A month Later The BOP Sent A certified Sentence computation Pushing my Release date to 7/1/23. It says my time was not credited Because During My Pretrial Detention I was Serving A State Sentence, which I was paroled from 11/15/21. I was told By my case manager that you could help Rectify the Situation. Ive included A copy of My Judgement, and the Page of my Sentencing transcrips Stating I Should Be getting the time I Spent with A Marshal hold.

I would Respectfully Request that you Amend my Judgement And include that my Sentence is concurrent/or I Should Be Recieving my time credits. I would greatly Appreciate Any help that can Be given in my Situation, This has Been A long hard Journey for me. And my family, So Anything you could Do to help would Be Appreciated.

Thank you in Advance for any help, And for taking the time to Read this.

Yours Truly,

Da'Jon Lengyel

# UNITED STATES DISTRICT COURT

## Western District of Pennsylvania

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| DA'JON LENGYEL | ) | Case Number:  2:20-cr-173-1 |
| | ) | USM Number:  04672-509 |
| | ) | Martin Dietz |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)    1 and 3

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 371 | CONSPIRACY | 5/30/2020 | 1 |
| 18 U.S.C. 2 and<br>18 U.S.C. 231(a)(3) | OBSTRUCTION OF LAW ENFORCEMENT DURING<br>CIVIL DISORDER | 5/30/2020 | 3 |

      The defendant is sentenced as provided in pages 2 through _____7_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)    2                                   ☑ is   ☐ are dismissed on the motion of the United States.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

                                                        10/29/2021
                              _____
                              Date of Imposition of Judgment


                                                  s/ J. Nicholas Ranjan
                              _____
                              Signature of Judge


                                            United States District Judge
                              _____
                              Name and Title of Judge


                                                        10/29/2021
                              _____
                              Date

CERTIFIED FROM THE RECORD
10/29/2021
Joshua C. Lewis
Alexander Vahlsing
Deputy Clerk

DEFENDANT:   DA'JON LENGYEL
CASE NUMBER:   2:20-cr-173-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
TWENTY-SEVEN (27) MONTHS at Count 1 and TWENTY-SEVEN MONTHS at Count 3. The sentence at Count 3 shall be served concurrently with the sentence at Count 1.

☑  The court makes the following recommendations to the Bureau of Prisons:
   Mr. Lengyel be placed in a location as close to Pittsburgh, PA as possible and be placed in the RDAP program.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at  _____  ☐  a.m.  ☐  p.m.   on  _____  .

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on  _____  .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____

at  _____  , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

1    stopped, and it's bad judgment and maybe in hindsight

2    something you wouldn't do again.

3         So I weigh all those factors to gather holistically

4    and try to come up with a sentence here that will adequately

5    deter future criminal conduct, not only by you, but by other

6    individuals.  So weighing all of that and weighing all of the

7    factors of this case, based on the circumstances and evidence

8    of this case, Mr. Lengyel, I will sentence you to Count 1 of

9    the indictment to 27 months and commit you to the custody of

10   the Bureau of Prisons for that term.

11        As to Count 3, I hereby sentence you to a term of

12   imprisonment also of 27 months, but which will run

13   concurrently with that prior sentence.  So your total here

14   will be 27 months.  You'll get credit for time you spent on a

15   federal detainer.  Additionally, upon release from custody, I

16   hereby impose a term of supervised release of three years as

17   to both counts to run concurrently.

18        With respect to the conditions of supervised release,

19   I've already explained my tentative conditions.  I formally

20   adopt those.  Those were the conditions of supervised release.

21   You should review the judgment order carefully, which will

22   contain a written description of my judgment, as well as the

23   conditions of your supervised release.  I may have misspoke as

24   to the two counts.  I just want to make the record clear.  The

25   Count 1 sentence is 27 months.  As to Count 2, the sentence is